# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF LLINOIS - CHICAGO DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | No. 23-cr-451 |
| v. | ) | Hon. Sharon Johnson Coleman |
| | ) | |
| KENDRICK FRANCISCO | ) | |

**UNOPPOSED MOTION TO EXTEND CONDITIONS OF PROBATION TO GO TO BAHAMAS NOVEMBER 8 – 11, 2024**

NOW COMES the Defendant, by and through his undersigned attorney, and hereby requests that this Honorable Court grant this UNOPPOSED MOTION TO EXTEND CONDITIONS OF PROBATION TO GO TO BAHAMAS NOVEMBER 8 – 11, 2024. In support of this Motion, the Defendant states as follows:

1. On August 15, 2023, the Defendant was charged with making a false statement to the SBA to get money loans. (Doc1).

2. On March 20, 2024, the Defendant was placed on 18 months' probation for this offense.

3. The Defendant requests that his bond conditions be extended to allow him to travel from November 7 thru November 13, 2024, with his girlfriend, Dr. Jennifer Matthews to the Bahamas on the National Black MBA Cruise. https://wttwgroups.com/nbmbaa/

4. The Defendant is being monitored by U. S. Probation Maryah Mazyck. On July 23, 2024 the USPO was contacted regarding this matter and stated that "Probation will be deferring to the Court on this matter. Mr. Franciso is in compliance with conditions."

5. On the same date, AUSA Brian Hayes was contacted and he stated, "No objection from the USAO."

WHEREFORE, the Defendant respectfully requests the Court to enter an order granting this UNOPPOSED MOTION TO EXTEND CONDITIONS OF PROBATION TO GO TO BAHAMAS NOVEMBER 8 – 11, 2024.

By His Attorney,

s/Michael J. Petro

Attorney for KENDRICK FRANCISCO
110 North 11th Street, Suite 202
Tampa, Florida 33602
attorney@mjpetro.com
312-913-1111

## CERTIFICATE OF SERVICE

I, MICHAEL J. PETRO, an attorney, state that I caused to be filed, by electronic filing (ECF), with the Clerk of the United States District Court for the Northern District of Illinois, the foregoing document on Tuesday, June 07, 2022.

By His Attorney,

s/Michael J. Petro

Attorney for Kendrick Francisco
110 North 11th Street, Suite 202
Tampa, Florida 33602
attorney@mjpetro.com
312-913-1111